IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD KAMEL ABRAHAM, JR. | : | CIVIL ACTION |
| | : | NO. 06-0058 |
| v. | : | |
| | : | |
| DAVID DIGUGLIEMEO, ET AL | : | |

## ORDER

AND NOW, this 10th day of December, 2010, in consideration of the motion to dismiss count III of plaintiff's amended complaint filed by defendants Prison Health Services, Germaine and Arias, plaintiff's response and the supplemental briefs of the parties, it is ORDERED that defendants' motion is GRANTED and count III of plaintiff's amended complaint is DISMISSED WITHOUT PREJUDICE.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.