IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD KAMEL ABRAHAM, JR. | : | CIVIL ACTION |
| | : | NO. 06-0058 |
| v. | : | |
| | : | |
| DAVID DIGUGLEILMO, et al. | : | |

## ORDER

AND NOW, this 30th day June, 2011, upon consideration of the summary judgment motion filed by Jude Germaine, Felipe Arias and Prison Health Services, Inc., plaintiff's response thereto, and defendants' reply, it is ORDERED that the motion is GRANTED. Judgment is ENTERED in favor of defendants Germaine, Arias and Prison Health Services, Inc. and against plaintiff Abraham.

                                                     s/Thomas N. O'Neill, Jr., \
                                                     THOMAS N. O'NEILL, JR., J.